# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ricky L. Sooter
Provosty, Sadler, et al.
P. O. Box 1791
Alexandria LA 71309-1791

**REHEARING ACTION: December 9, 2009**

**Docket Number: 09   00459-CA**

**THE TUNICA-BILOXI TRIBE OF LOUISIANA**
**VERSUS**
**JOHN BLALOCK, ET AL.**

**Appealed from Avoyelles Parish Case No. 2005-8606-A**

**BEFORE JUDGES:**

  **Hon. Marc T. Amy**
  **Hon. Billy Howard Ezell**
  **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Riverview Resort and Marina, LLC** has this day been

  **DENIED.**
  Genovese, J., would grant the application for rehearing for the reasons set forth
  in his dissent.

cc: Cory Paul Roy, Counsel for the Appellee
    Jeanne Marie Laborde, Counsel for the Appellee